UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


KEITH PREZELL THOMAS,                )
                                     )    1:06-CV-0481 OWW DLB
                                     )
                 Plaintiff,          )
                                     )
        v.                           )    **ORDER DISMISSING ACTION**
                                     )
RICHARD DILEWIG,                     )
                                     )
                                     )
                 Defendant.          )
                                     )
_____)


        On February 2, 2007, the magistrate judge issued an Order
denying the plaintiff's application to proceed in forma pauperis
and directed that the filing fee be paid no later than
March 2, 2007.

        On February 12, 2007, the plaintiff responded to the Order,
but did not pay the filing fee within the allotted time.

        IT IS THEREFORE ORDERED that this action be dismissed
without prejudice.

IT IS SO ORDERED.

**Dated:    March 26, 2007              _____/s/ Oliver W. Wanger_____**
emm0d6                                  UNITED STATES DISTRICT JUDGE

1